Bren K. Thomas (SBN 156226)
Clarisse C. Petersen (SBN 260806)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email: Bren.Thomas@jackonslewis.com
       Clarisse.Petersen@jacksonlewis.com

Attorneys for Defendants THE IRVINE COMPANY LLC, IRVINE HOLDING COMPANY LLC, THE IRVINE COMPANY APARTMENT COMMUNITIES, INC., and CLAY HALVORSEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE OSBORNE, an individual; BRENDAN OSBORNE, an individual; and OZCORP CONSULTING SERVICES, a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE IRVINE COMPANY LLC, a Delaware limited liability company; IRVINE HOLDING COMPANY LLC, a Delaware limited liability company; THE IRVINE COMPANY APARTMENT COMMUNITIES; INC., a Delaware corporation; MILLER MORTON CAILLAT & NEVIS, LLP; CLAY HALVORSEN, an individual; and DOES 1-50,<br><br>    Defendants. | Case No.:<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br>**[F.R. Civ. P. Rule 7.1]**<br><br>Complaint filed: March 22, 2018<br>Trial Date: Not set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, as counsel for Defendants THE IRVINE COMPANY LLC, IRVINE HOLDING

COMPANY LLC, THE IRVINE APARTMENT COMMUNITIES, INC. (collectively, the "Company"), and CLAY HALVORSEN (collectively, "Defendants") hereby states that the Company has no parent corporation and that no publicly-held company owns ten percent or more of the Company's stock.

DATED: May 2, 2018                                  JACKSON LEWIS P.C.

By: */s/ Clarisse C. Petersen*
Bren K. Thomas
Clarisse C. Petersen
Attorneys for Defendants
THE IRVINE COMPANY LLC, IRVINE HOLDING COMPANY LLC, THE IRVINE COMPANY APARTMENT COMMUNITIES, INC., and CLAY HALVORSEN

# PROOF OF SERVICE

### Nicole Osbourne v. The Irvine Company, et al.
### USDC Case No: TBA

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 200 Spectrum Center Drive, Suite 500, Irvine, California 92618.

On **May 2, 2018**, I served the foregoing document(s) described as: **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** in this action by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Lenden F. Webb<br>Brooke B. Nevels<br>WEBB LAW GROUP, APC<br>466 W. Fallbrook Ave., Suite 102<br>Fresno, CA 93711 | Attorneys for Plaintiffs<br>**NICOLE OSBORNE, BRENDAN OSBORNE, and OZCORP CONSULTING SERVICES**<br><br>Phone: 559-431-4888  Fax: 559-821-4500<br>lwebb@wblawgroup.com<br>bnevels@wblawgroup.com |
| Christopher A. Olsen<br>OLSEN LAW OFFICES, APC<br>1010 San Diego Ave., Suite 1835<br>San Diego, CA 92101 | Attorneys for Plaintiffs<br>**NICOLE OSBORNE, BRENDAN OSBORNE, and OZCORP CONSULTING SERVICES**<br><br>Phone: 619-550-9352 / Fax: 619-923-2747<br>caolsen@caolsenlawoffices.com |
| Jonathan P. Hersey<br>SLATER HERSEY<br>100 Spectrum Center Dr., Suite 420<br>Irvine, CA 92618 | Attorneys for Defendants<br>**MILLER MORTON CAILLAT & NEVIS, LLP**<br><br>Phone: 949-398-7500 / jhersey@slaterhersey.com |

☒ **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL** - I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **May 2, 2018** at Irvine, California.

| Gabriela Rubio | By: _Gabriela Rubio_ |
|---|---|
| Print Name | Signature |

4821-5785-0212, v. 1