# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE OSBORNE, an individual; BRENDAN OSBORNE, an individual; and OZCORP CONSULTING SERVICES, a California corporation,<br><br>PLAINTIFFS,<br><br>vs.<br><br>THE IRVINE COMPANY LLC, a Delaware limited liability company; IRVINE HOLDING COMPANY LLC, a Delaware limited liability company; THE EIGHT YOU IRVINE COMPANY APARTMENT COMMUNITIES, INC., a Delaware corporation; MILLER MORTON CAILLAT & NEVIS, LLP; CLAY HALVORSEN, an individual; and DOES 1 - 50<br><br>DEFENDANTS. | Case No. 8:18-cv-00772-JVS (KESx)<br><br>**ORDER REMANDING CASE BACK TO ORANGE COUNTY SUPERIOR COURT** |

**ORDER REMANDING CASE BACK TO ORANGE COUNTY SUPERIOR COURT**

The Parties to the above-referenced action filed a Stipulation to Remand the case back to Orange County Superior Court. The Court, having reviewed that Stipulation and for good cause appearing, orders as follow:

1. The Parties' Stipulation is granted;
2. Plaintiffs' Third Cause of Action is dismissed with prejudice;
3. Central District of California case number 8:18-cv-00772-JVS (KESx), *Osborne, et al v. The Irvine Company, LLC, et al.*, is hereby remanded back to Orange County Superior Court; and
4. Each Party shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of this case, without prejudice to any party's right, if any, to recover all such attorneys' fees or costs as a prevailing party after entry of judgment in the remanded action.

IT IS SO ORDERED.

Date: August 02, 2018

_____
Hon. James V. Selna
United States District Judge